## In re Estate of VAN TASSEL, Deceased.

### No. 9420; January 16, 1885.

#### 5 Pac. 611.

**Administrator's Account—Vouchers.—Where, on the Settlement** of an administrator's account, items aggregating more than fifteen hundred dollars are allowed, for which no vouchers are produced, and as to which no testimony is given when, where, or to whom the payments were made, held to be error.

APPEAL from the Superior Court of the County of Sacramento.

Henry Edgerton and Add. C. Hinckson for appellants; J. F. Ramage for respondent.

By the COURT.—Settlement of an administrator's account. Items in the account aggregating more than fifteen hundred dollars were allowed for which no vouchers were produced, and as to which there was no testimony regarding when, where, or to whom the payments were made. This was error: Code Civ. Proc., sec. 1632.

Orders reversed and cause remanded for further proceedings.